IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
DEC 17 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| In the Matter of the Search of: | MJ 19-72-M-KLD |
| The Google Gmail Account of aland.699@gmail.com | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 17th day of December, 2019

Kathleen L. DeSoto
United States Magistrate Judge

1